UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-77-FDW

| | |
|---|---|
| RONALD MCCLARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANTHONY SEARLES, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the pro se Plaintiff's "Motion to Leave," (Doc. No. 38), in which Plaintiff states that he seeks in this action the Court's "permission for the State of North Carolina Department of Public Safety Policy of Administrative Remedy Procedure be entered into the record." (Id. at 1). Plaintiff then goes on to complain that the administrative remedy procedure is unfair because it states that only one claim may be grieved at a time. Plaintiff appears to be anticipating some exhaustion argument by Defendants in this action.

Plaintiff's "Motion to Leave," (Doc. No. 38), is **GRANTED** to the extent that the Court takes judicial notice of the North Carolina Department of Public Safety Policy of Administrative Remedy Procedure.

Frank D. Whitney
Chief United States District Judge