UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-77-FDW

| RONALD MCCLARY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| ANTHONY SEARLES, | ) | **ORDER** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER** is before the Court on its own motion following Plaintiff's filing of a writ of mandamus in the Fourth Circuit Court of Appeals, in Case No. 16-1026, in that court. In the writ of mandamus, Plaintiff complains that this Court has not been responsive to correspondence and requests from Plaintiff with regard to his numerous actions in this Court, filed pursuant to 42 U.S.C. § 1983. In the writ of mandamus filed with the Fourth Circuit, Plaintiff states that he seeks the following from this Court as relief: (1) "Identify the 5 actions" that Plaintiff has filed in this Court; (2) "Return of Evidence in 3:15cv77-FDW"; and (3) "A (1983) Form to Amend Complaint and/or File a New (1983) Action." See (In re McClary, No. 16-1026, Doc. No. 8 at 3 (4th Cir.)).

This Order is intended to memorialize the fact that, in an attempt to respond to Plaintiff's requests, on January 13, 2016, this Court mailed to Plaintiff copies of documents filed in this action, as well as a list of Plaintiff's actions filed in this Court, all of which have been dismissed: McClary v. Miller, 3:15cv19; McClary v. Aaron, 3:15cv20; McClary v. Mitchell, 3:15cv22; McClary v. Mitchell, 3:15cv47; and McClary v. Searles, 3:15cv77. Furthermore, on January 15, 2016, the Court mailed to Plaintiff a Section 1983 form in response to his request. Thus, the Court

1

has adequately responded to Plaintiff's requests. The Court further notes that, to the extent that Plaintiff expresses confusion over his numerous actions, it is not this Court's responsibility to assist Plaintiff in managing his cases before this Court.

**IT IS HEREBY ORDERED** that the Clerk shall mail a copy of this Order to the Fourth Circuit Court of Appeals.

Frank D. Whitney
Chief United States District Judge